UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SC AUSTIN HOLDINGS LLC,<br><br>       Plaintiff,<br><br>   -against-<br><br>MT HAWLEY INSURANCE COMPANY, ILLINOIS, et al.,<br><br>       Defendants. | 23-cv-7748 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On October 24, 2023, the parties submitted a joint letter addressed to Judge Woods and proposed a case-management plan based on his model order. This case was reassigned to me nearly two months ago. The parties should review this Court's Individual Practices and file a proposed case-management plan on the docket using this Court's model order. This Court's practices and model orders are available here: https://www.nysd.uscourts.gov/hon-arun-subramanian.

  SO ORDERED.

Dated: October 26, 2023
    New York, New York

                     _____
                      ARUN SUBRAMANIAN
                     United States District Judge